UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARYL T. THOMAS, | ) |
| Plaintiff, | ) Case No. 3:08-CV-0437 |
| v. | ) Judge Haynes |
| HORIZON WINE & SPIRITS, | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the parties' Stipulation of Dismissal, all of Plaintiff Daryl T. Thomas's claims against Defendant Horizon Wine & Spirits are DISMISSED with prejudice. Each party shall bear its respective costs and fees. Accordingly, this action is DISMISSED with prejudice.

This is the final Order in this action.

It is so ORDERED.

ENTERED this 1st day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge